## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Syndi O'Brien, | ) |
| Plaintiff, | ) ) ) Case No. 17-CV-04092 |
| vs. | ) ) ) |
| SE2, LLC, and Security Benefit Corporation, | ) ) |
| Defendants. | ) ) ) |

### JOINT MEDIATION NOTICE

The parties have selected the following mediator:

Joe Eischens
Eischens Mediation Services
1321 Burlington, Suite 202
N. Kansas City, MO 64116

The mediation will begin at 9:30 a.m. on April 2, 2018, at Lathrop Gage, 2345 Grand Blvd., Suite 2200, Kansas City, Missouri 64108.

Prepared and approved by:                           Approved:

*/s/ Jehan K. Moore*                                */s/ Ashley Grace*
Tedrick A. Housh III (15414)                        Ashley Grace (26888)
Jehan Kamil Moore (22081)                           Kirk Holman (19558)
LATHROP GAGE LLP                                    Holman Schiavone, LLC
2345 Grand Boulevard, Suite 2200                    4600 Madison Avenue, Suite 810
Kansas City, Missouri  64108-2618                   Kansas City, MO 64112
Telephone:  816.292.2000                            Tel: (816) 283-8738
Facsimile:  816.292.2001                            Fax: (816) 283-8739
THoush@lathropgage.com                              AGrace@hslawllc.com
JMoore@lathropgage.com                              KHolman@hslawllc.com
Attorneys for Defendant                             Attorneys for Plaintiff