## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SYNDI O'BRIEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SE2, LLC, et al., )<br>)<br>Defendant. ) | Case No. 17-cv-04092 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, through their respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, with each party to bear her, his, or its own costs and fees.

Wherefore, the parties respectfully request the Court to enter an order dismissing this case in its entirety with prejudice.

| | |
|---|---|
| By: /s/ Kirk D. Holman<br>  Kirk D. Holman, Ks#19558<br>  Holman Schiavone, LLC<br>  4600 Madison Avenue, Suite 810<br>  Kansas City, Missouri 64112<br>  Telephone: 816.283.8738<br>  Facsimile: 816.283.8739<br>  Email: kholman@hslawllc.com<br><br>  Attorneys for Plaintiff | By: /s/ Jehan K. Moore<br>  Tedrick A. Housh, III KS# 15414<br>  Jehan Kamil Moore KS# 2208<br>  LATHROP & GAGE LLP<br>  2345 Grand Boulevard, Suite 2200<br>  Kansas City, Missouri  64108-2618<br>  Telephone:  816-292-2000<br>  Facsimile:   816-292-2001<br><br>  Attorneys for Defendants |